1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH P. PHILLIPS, | Case No. CIV-S-06-0747 PAN (JFM) |
| Plaintiff, | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. | |
| JO ANNE B. BARNHART Commissioner of Social Security of the United States of America, | *CORRECTED* |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that Plaintiff's time to file his motion for summary judgment is hereby extended from its current due date of November 8, 2006 to December 1, 2006. This is Plaintiff's first extension and is required due to Plaintiff's attorney's heavy briefing schedule.

/////

/////

/////

/////

1

| | | |
|---|---|---|
| 1 | Dated: November 2, 2006 | */s/Bess M. Brewer*<br>BESS M. BREWER |
| 2 | | Attorney at Law |
| 3 | | Attorney for Plaintiff |
| 4 | Dated: November 16, 2006 | McGregor W. Scott |
| 5 | | United States Attorney |
| 6 | | By: */s/Bobbie J. Montoya*<br>BOBBIE J. MONTOYA |
| 7 | | Assistant U.S. Attorney |
| 8 | | Attorney for Defendant |

ORDER

APPROVED AND SO ORDERED.

DATED: November 16, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

13
Phillips.0825.eot.ss.wpd

2