BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH P. PHILLIPS ) | Case No. CIV-S-06- 747 PAN (JFM) |
| ) | |
| ) | STIPULATION AND ORDER |
| Plaintiff, ) | EXTENDING PLAINTIFF'S TIME TO |
| ) | FILE MEMORANDUM IN SUPPORT |
| v. ) | OF SUMMARY JUDGMENT |
| ) | |
| JO ANNE B. BARNHART ) | |
| Commissioner of Social Security ) | |
| of the United States of America, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file his motion for summary judgment is hereby extended from its current due date of December 1, 2006, to December 6, 2006. This additional short extension is required due to Plaintiff's attorney's heavy briefing schedule.

/////
/////
/////
/////
/////
/////

1

| | | |
|---|---|---|
| 1 | Dated: November 30, 2006 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER<br>Attorney at Law |
| 3 | | Attorney for Plaintiff |
| 4 | | |
| 5 | Dated: November 30, 2006 | McGregor W. Scott<br>United States Attorney |
| 6 | | By: */s/ Bobbie J. Montoya* |
| 7 | | BOBBIE J. MONTOYA<br>Assistant U.S. Attorney |
| 8 | | Attorney for Defendant |

## ORDER

APPROVED AND SO ORDERED.

DATED: December 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

13/Moulds Social Security Cases
Phillips.0747.stipord.eot.ss.wpd